# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| vs. | ) Criminal No. 18-315<br>) |
| ARLINDA MORIARTY, *et al.* | ) Judge Cathy Bissoon<br>) |
| Defendants. | )<br>) |

## ORDER

On July 31, 2020, Defendants Arlinda Moriarty and Daynelle Dickens, as well as the Government, were ordered to notify the Court as to whether each would consent to appearing at a hearing on pretrial motions via videoconference, and whether they had any objection to the Court conducting the hearing in such a fashion. (Doc. 445.) On August 3, 2020, both Defendants and the Government indicated they have no objection and consented to the hearing being conducted entirely by video. (Docs. 446, 447, 448.)

As all parties have consented to proceeding via videoconference, **IT IS ORDERED** that the postponed pretrial motions hearing is **RESCHEDULED** for **August 12, 2020 at 10:00 AM**, and the Court **FURTHER ORDERS** as follows:

**1.     Use of Zoom App / Speed Tests.** The hearing will be conducted using the "Zoom" app. All counsel, Defendants, witnesses, and the Court will participate remotely. Prior to the hearing, all parties, including Defendants, are directed to test their internet connection speed to ensure that it is at least **3 Mbps** and also test their ability to run the Zoom app using https://www.zoom.us/test. The Court will ask counsel to certify that they have done so during the upcoming status conference. Counsel should ensure that all participating witnesses and

1

Defendants have the technology necessary to access Zoom and have also tested the speed of their internet connection & access to Zoom prior to the hearing.

2. **Video Status Conference.** As a "test run" of the hearing technology, a video status conference is **SCHEDULED** for <u>**August 10, 2020 at 11:15 AM**</u> and will be conducted video, using Zoom. The Court's Courtroom Deputy will email counsel a link to access the Zoom "meeting room" prior to the status conference.

3. **Zoom Instructions.** To ensure that the hearing is conducted smoothly, counsel are directed to review and familiarize themselves with the following information regarding the use of Zoom, provided by the Court's IT Department:

a. **Getting Started.** Zoom works best on a mobile device, such as a SmartPhone or tablet with a built-in camera and microphone. Zoom will also work on a personal laptop / desktop that has a camera and microphone.

To fully participate, you only need to install the Zoom app on your SmartPhone/Tablet or install the Zoom software to a Windows or Mac laptop/desktop.



b.  **Testing Your Device.** Once you have the Zoom app or software installed, you can use the following link to test your installation before the meeting: https://www.zoom.us/test.

c.  **How to Connect.** Using the device which you installed the Zoom application on, click on the meeting link.



IT IS SO ORDERED.

August 4, 2020                                s\Cathy Bissoon
                                             Cathy Bissoon
                                             United States District Judge